DEFENDANT:        Nathan Sugar

AGE/YOB:        1989

COMPLAINT
FILED?        _____ Yes     ___x____ No

        If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    _x_  No
    If No, a new warrant is required

OFFENSE(S):        Count 1: 18 U.S.C. § 1955 (prohibition of illegal gambling business)
        Count 2: 18 U.S.C. § 371 (conspiracy)
        Count 3: 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering)
        Count 4: 18 U.S.C. § 1956(a)(1)(A)(i) (money laundering)
        Count 5: 18 U.S.C. § 1957 (money laundering)

LOCATION OF        El Paso, Pueblo, Denver, Jefferson, Weld, and Arapahoe County,
OFFENSE:        Colorado

PENALTY:        Counts 1 & 2: NMT 5 years' imprisonment; NMT $250,000 fine;
        NMT 3 years SR; $100 SA
        Count 3 & 4: NMT 20 years' imprisonment; NMT $500,000 fine or
        twice the value of the property involved in the transaction; NMT 3
        years SR; $100 SA
        Count 5: NMT 10 years' imprisonment; NMT $250,000 fine or not
        more than twice the amount of criminally derived property involved
        in the transaction; NMT 3 years SR; $100 SA

AGENT:        KC Hughes, Special Agent, FBI
        Lisa Palmer, Special Agent, IRS

AUTHORIZED        Andrea Surratt
BY:        Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

__ five days or less; __x_ over five days

THE GOVERNMENT

 X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.