| | |
|---|---|
| DEFENDANT: | Jonathan Arvay |
| AGE/YOB: | 1986 |
| COMPLAINT FILED? | _____ Yes   ___x____ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: 18 U.S.C. § 1955 (prohibition of illegal gambling business)<br>Count 2: 18 U.S.C. § 371 (conspiracy) |
| LOCATION OF OFFENSE: | El Paso, Pueblo, Denver, Jefferson, Weld, and Arapahoe County, Colorado |
| PENALTY: | Counts 1 & 2: NMT 5 years' imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA |
| AGENT: | KC Hughes, Special Agent, FBI<br>Lisa Palmer, Special Agent, IRS |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__ five days or less;  __x_ over five days

THE GOVERNMENT

 x_  will NOT seek detention in this case

The statutory presumption of detention is not applicable to this defendant.