UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    JONATHAN ARVAY,

        Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

    Martha H. Eskesen of MARTHA H. ESKESEN, P.C., certifies that she is a member in good standing of the bar of this Court and enters her appearance as court-appointed counsel for defendant Jonathan Arvay in this criminal action.

Dated: August 10, 2023        MARTHA H. ESKESEN, P.C.

                                        s/ Martha H. Eskesen
                                        Martha H. Eskesen
                                        7887 East Belleview Ave., Suite 1100
                                        Denver, CO 80111
                                        Telephone: (303) 228-1668
                                        Facsimile: (303) 573-4921
                                        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 10, 2023, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surrat, Assistant U.S. Attorney
Andrea.Surrat@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Jonathan Arvay              (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Ave., Suite 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com