AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
| v. | ) | Case No. 23-cr-00222-GPG |
| | ) | |
| Jonathan Arvay | ) | |
| Defendant | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 AUG 14  AM 11:20
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jonathan Arvay,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Prohibition of illegal gambling business in violation of 18 U.S.C. § 1955
Conspiracy in violation of 18 U.S.C. § 371

Date: 07/26/2023

s/ S. Chaplin
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/26/2023, and the person was arrested on *(date)* 8/10/2023
at *(city and state)* Denver, Colorado.

Date: 8/10/2023

*Arresting officer's signature*

K.C. Hughes, FBI SA
*Printed name and title*