IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JONATHAN ARVAY,

    Defendant.

## GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States of America moves this Court pursuant to Fed. R. Crim. P. Rule 16(d)(1), for entry of the attached Protective Order pertaining to a subset of discovery in the above-captioned case, and states as follows in support thereof:

1. On July 26, 2023, the grand jury returned a superseding indictment charging defendant JONATHAN ARVAY, in two counts. Count One charges a violation of 18 U.S.C. § 1955 (maintaining an illegal gambling business) and Count Two charges a violation of 18 U.S.C. § 371 (conspiracy to maintain an illegal gambling business). ECF #6.

2. Pursuant to the Discovery Order entered, the government is to provide discovery to the defendant by August 31, 2023.  ECF #18.

3. During the Government's investigation in this matter, it collected voluminous financial records, some of which contain sensitive financial information and

documents of people other than the defendant and entities that were not under the control of the defendant but which nevertheless which the government believes are relevant to the charged conduct in this case (the "Protected Discovery Material").

4. Accordingly, the Protected Discovery Material may contain personal, sensitive, or proprietary identifying information of those individuals and entities.

5. To ensure compliance with the Government's discovery obligations and to expedite the exchange of discovery material between the parties, the Government requests that a protective order be entered as to the Protected Discovery Material.

6. Rule 16(d)(1) of the Federal Rules of Criminal Procedure authorizes this Court to "deny, restrict, or defer discovery or inspection, or grant other appropriate relief" upon a showing of good cause.

7. Here, there is good cause for this Court to restrict the defendant's use, dissemination and disposition of the Protected Discovery Material according to the terms set forth in the Protective Order because it: will expedite the disclosure of discovery to defendant Arvay by eliminating the need for the United States to perform a document-by-document evaluation of the relevance and sensitivity of the information contained in the materials, and it will allow the United States to provide extensive discovery to defendant Arvay, while protecting the personal and sensitive information of the individuals and entities.

8. Undersigned counsel has conferred with counsel for defendant Arvay, and she does not object to entry of the proposed Protective Order.

9. For these reasons, the Government requests this Cout enter limitations on the defendant's use, dissemination and disposition of the Protected Discovery Material as set forth in the proposed Protective Order that is submitted with this motion.

Respectfully submitted this __ day of August, 2023.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant United States Attorney
1801 California St. Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Email: andrea.surratt@usdoj.gov
Attorney for the Government