IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-222-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JONATHAN ARVAY,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER, coming before the Court upon the Government's Unopposed Motion for a Protective Order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials described in the Motion contain sensitive information (the "Protected Discovery Material"), and the Court finds that good cause has been established to enter a Protective Order concerning the use, dissemination, and disposition of a subset of information that may be disclosed in discovery in this case, such disclosure shall be pursuant to the following conditions:

    a)    The Protected Discovery Material produced by the Government may be used only in this case and for no other purpose without further order from this Court;

b) The defendant is allowed to review the Protected Discovery Material, but only while in the presence of defense counsel or members of the defense team, including any defense attorneys, experts, investigators, or staff from defense counsel's offense deemed by defense counsel to be necessary for the purpose of preparing a defense in this case (the "Defense Team");

c) Defense counsel must obtain leave of the Court before disseminating Protected Discovery Material to anyone other than members of the Defense Team; and

d) Members of the Defense Team shall remain in control of the Protected Discovery Material, including any copies thereof.

Dated this _____ day of August, 2023.

BY THE COURT:

_____
HON. GORDON P. GALLAGHER
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO