# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | September 1, 2023 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Erin Valenti |

| | |
|---|---|
| Criminal Action No. **1:23-cr-00222-GPG-2** | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| JONATHAN ARVAY, | Martha Horwitz Eskesen |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:03 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. Defendants' presence is excused.

Opening remarks by the Court.

Discussion regarding speedy trial dates, location of trial, potential End of Justice Motion within the next week, and case process.

**ORDERED:**  On or before Monday September 11, 2023, an End of Justice Motion is to be filed or the parties are to contact Gallagher Chambers at Gallagher_Chambers@cod.uscourts.gov to set a new Status Conference Hearing.

**10:09 a.m.**     **Court is adjourned. Hearing concluded.**

Total time in court: 00:06 Minutes