IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-222-2-GPG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. JONATHAN ARVAY,**

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Peter R. Bornstein, pursuant to appointment through the Criminal Justice Act, hereby enters his appearance as con-counsel on behalf of the Defendant Jonathan Arvay.

Respectfully submitted this 15th day of September 2023

                              **THE LAW OFFICES OF PETER R. BORNSTEIN**

                              *s/ Peter R. Bornstein*
                              Peter R. Bornstein
                              6060 Greenwood Plaza Blvd., Suite 500
                              Greenwood Village, CO 80111
                              Telephone: 720-354-4440
                              Facsimile: 720-287-5674
                              E-mail: pbornstein@prblegal.com
                              *Attorney for Defendant Jonathan Arvay*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      *s/ Jeannette Wolf*
      Jeannette Wolf, Paralegal