UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    JONATHAN ARVAY,

        Defendant.
_____

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**
_____

      Jonathan Arvay, by his attorneys, Martha H. Eskesen of MARTHA H. ESKESEN, P.C, and Peter R. Bornstein of THE LAW OFFICES OF PETER R. BORNSTEIN, requests the Court authorize travel from October 24, 2023 to October 25, 2023 from Denver, Colorado to Valparaiso, Indiana to attend his daughter's fall concert.   In support of this motion, he states:

      1.     This motion is unopposed.  The Probation Office and the Government have advised that they do not object to the relief requested herein.

      2.     Mr. Arvay is charged by Superseding Indictment with violations of 18 U.S.C. § 1955 (prohibition of illegal gambling business) and 18 U.S.C. § 371 (conspiracy) (Doc. 6).

      3.     This matter is set for a telephone status conference on November 30, 2023.  (Doc. 38).

4.      Mr. Arvay self-surrendered to federal agents on August 10, 2023, and was released on a $10,000 unsecured bond on that date.

5.      He has maintained constant contact with Ms. Eskesen and has complied with the conditions of release, including that which provides "[t]ravel is restricted to Colorado unless prior permission is granted by the Court."  Doc. 20, p. of 4, ¶ 7.

6.      Mr. Arvay requests permission to travel to Valparaiso, Indiana, to attend his daughter's fall concert at her school.  If granted permission, Mr. Arvay will travel by air on October 24 from Denver, Colorado to Chicago, Illinois and drive to Valparaiso, Indiana where he will stay at 4 Mayfield Ave, Apt. S, Valparaiso, Indiana 46383.  He will return by air on October 25, 2023 from Chicago, Illinois.

7.      Mr. Arvay will report, as required, by Pretrial Services and maintain contact with his counsel.

WHEREFORE, Mr. Arvay respectfully requests the Court grant this unopposed motion and authorize travel from October 24, 2023 to October 25, 2023, from Denver, Colorado to Valparaiso, Indiana, to attend his daughter's fall choir concert.

Dated:  October 17, 2023          MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com

THE LAW OFFICES OF PETER R. BORNSTEIN

s/ Peter R. Bornstein
Peter R. Bornstein
6060 Greenwood Plaza, Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
Email: pbornstein@prblegal.com

Attorneys for Jonathan Arvay

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 17, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Jonathan Arvay        (via electronic mail)        MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com