UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 23-cr-00222-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2.    JONATHAN ARVAY,

        Defendant.

_____

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**
_____

    Jonathan Arvay, by his attorneys, Martha H. Eskesen of MARTHA H. ESKESEN, P.C, and Peter R. Bornstein of **THE LAW OFFICES OF PETER R. BORNSTEIN**, requests the Court grant him permission to travel from November 24, 2023 to November 27, 2023 from Denver, Colorado to Valparaiso, Indiana to be with family for the Thanksgiving holiday.  In support of this motion, he states:

    1.    Counsels are authorized to represent that the Probation Office and the Government do not oppose the relief requested.

    2.    Mr. Arvay is charged by Superseding Indictment with violations of 18 U.S.C. § 1955 (prohibition of illegal gambling business) and 18 U.S.C. § 371 (conspiracy) (Doc. 6).

    3.    This matter is set for a telephone status conference on November 30, 2023.  (Doc. 38).

4. Mr. Arvay self-surrendered to federal agents on August 10, 2023, and was released on a $10,000 unsecured bond on that date.  Doc. 14.

5. The Order Setting Conditions of Release provides "[t]ravel is restricted to Colorado unless prior permission is granted by the Court."  Doc. 20, p. of 4, ¶ 7.

6. Mr. Arvay requests permission to travel by air from Denver, Colorado to Valparaiso, Indiana from November 24, 2023 to November 27, 2023 to be with family for the Thanksgiving holiday.

7. If authorized, Mr. Arvay will travel by air on November 24 from Denver, to Chicago and drive to Valparaiso, Indiana.  He will stay at 4 Mayfield Avenue, Apt. 3, Valparaiso, Indiana 46383.  He will return by air on November 27 from Chicago.

8. Mr. Arvay will comply with the conditions of his release and any further conditions imposed by Pretrial Services while traveling.

WHEREFORE, Mr. Arvay respectfully requests the Court grant this unopposed motion and permit him to travel from November 24 to 27, 2023, from Denver, Colorado to Valparaiso, Indiana.

Dated:  November 9, 2023        MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com

THE LAW OFFICES OF PETER R. BORNSTEIN

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza, Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
Email: pbornstein@prblegal.com

*Attorneys for Jonathan Arvay*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 9, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Jonathan Arvay     (via electronic mail)          MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com